JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SALVADOR ESPINOZA,

               Petitioner,

     v.

JEFF LYNCH, Warden,

               Respondent.

Case No.  2:21-cv-00686-GW-PD

**JUDGMENT**

     Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:  January 3, 2022.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE